JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
LAUREN M. IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Lauren.Ibanez@usdoj.gov
*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN OLIVEROS,<br><br>Defendant. | Case No. 2:24-cr-00093-RFB-BNW<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MARTIN OLIVEROS (ID # BOA567)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Alameda County Santa Rita Jail, Dublin, California, and the United States Marshal for the District of Nevada to produce MARTIN OLIVEROS before the United States District Court on or about January 31, 2025, at the hour of 10:00 a.m., in Courtroom 7C, for a Change of Plea hearing.

MARTIN OLIVEROS is currently in the custody of the Warden, Alameda County Santa Rita Jail, Dublin, California.

On October 23, 2024, a Superseding Criminal Information was filed in the above-captioned matter charging MARTIN OLIVEROS with Depredation of Government Property, in violation of 18 U.S.C. § 1361.

1     Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum

2  so that the United States Marshals Service can produce MARTIN OLIVEROS before this

3  Court for the purpose of a Change of Plea hearing and from time to time and day to day

4  thereafter, at such times and places as may be ordered and directed by this Court, to appear

5  before this Court, and when excused by this Court, to be returned to the custody of the

6  Warden, Alameda County Santa Rita Jail, Dublin, California.

7     DATED:  January 13, 2025.     Respectfully submitted,

8          JASON M. FRIERSON
             United States Attorney

9

10         */s/ Lauren M. Ibanez*
            LAUREN M. IBANEZ

11        Assistant United States Attorney
            Attorneys for Plaintiff

12        UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00093-RFB-BNW |
| Plaintiff, | **ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MARTIN OLIVEROS (ID # BOA567)** |
| v. | |
| MARTIN OLIVEROS, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of MARTIN OLIVEROS before the United States District Court at Las Vegas, Nevada, on or about January 31, 2025, at the hour of 10:00 a.m., in Courtroom 7C, for a Change of Plea hearing and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:  January 14 , 2025.


_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE